```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 03788
   SOBRINA J FLEMING
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-1748

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/02/2007 and was confirmed 05/31/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 09/27/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG         .00              .00             .00
CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE         .00              .00             .00
SBC                        UNSECURED          397.05              .00             .00
AT&T CREDIT MANAGEMENT C   UNSECURED        NOT FILED             .00             .00
AT&T BROADBAND             UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED           87.49              .00             .00
ILLINOIS DEPT OF EMP SEC   UNSECURED        NOT FILED             .00             .00
MALCOLM S GERALD & ASSOC   UNSECURED        NOT FILED             .00             .00
EVERGREEN EMERGENCY SERV   UNSECURED        NOT FILED             .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          246.41              .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED             .00             .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED             .00             .00
LITTLE COMPANY OF MARY H   UNSECURED        NOT FILED             .00             .00
SENEX SERVICES CORP        UNSECURED        NOT FILED             .00             .00
US DEPT OF EDUCATION       UNSECURED         5315.85              .00             .00
SPRINT PCS                 UNSECURED        NOT FILED             .00             .00
CHASE HOME FINANCE LLC     NOTICE ONLY     NOT FILED             .00             .00
VERNICE TERRELL            NOTICE ONLY     NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,484.00                          316.11
TOM VAUGHN                 TRUSTEE                                              20.89
DEBTOR REFUND              REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  337.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  316.11

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03788 SOBRINA J FLEMING
```

```
TRUSTEE COMPENSATION                                          20.89
DEBTOR REFUND                                                   .00
                              ----------------      ----------------
TOTALS                                337.00                 337.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 12/27/07              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                            PAGE   2
           CASE NO. 07 B 03788 SOBRINA J FLEMING